Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 1 2022

at 4 o'clock and 15 min. P M
CLERK, U.S. DISTRICT COURT w

KARL O. DICKS sui juris
JAMES RYAN MALISH pro se
CALVIN C. GRIFFIN pro se

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   CV 22   00347 JAO WRP

*(to be filled in by the Clerk's Office)*

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

STATE OF HAWAII
OFFICE OF ELECTIONS
ELECTION COMMISSION et al

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KARL O. DICKS, JAMES R. MALISH, CALVIN C. GRIFFIN |
| Street Address | 1025 ULUWALE ST. |
| City and County | WAHIAWA |
| State and Zip Code | HAWAII 96786 |
| Telephone Number | 808 478-8682 |
| E-mail Address | kwk@hawaiiantel.net |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name      STATE OF HAWAII

    Job or Title *(if known)*      OFFICE OF ELECTIONS   ATT:SCOTT NAGO

    Street Address      802 LEHUA AVE.

    City and County      PEARL CITY

    State and Zip Code      HAWAII, 96782

    Telephone Number      808 453-8683

    E-mail Address *(if known)*      elections@hawaii.gov

Defendant No. 2

    Name      STATE OF HAWAII

    Job or Title *(if known)*      ELECTION COMMISSION  ATT: SCOTTY ANDERSON

    Street Address      802 LEHUA AVE.

    City and County      PEARL CITY

    State and Zip Code      HAWAII 96782

    Telephone Number      808 453-8683

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

TITLE 52 VOTING RIGHTS            Article 1 section 4 Constitution of the United States
SECTION10101 (a), (B)(d)           State of Hawaii Title 2 Elections, HRS 12-21, 12-31
10301 (b)
10304 (a)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Karl Dicks, James Malish, Calvin Griffin    , is a citizen of the

        State of *(name)*  Hawaii                                     .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                                        , is incorporated

        under the laws of the State of *(name)*                                        ,

        and has its principal place of business in the State of *(name)*

        _____ .

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*                                    , is a citizen of

        the State of *(name)*                                   . Or is a citizen of

        *(foreign nation)*  _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

Irreparable Injury shall be caused and the amount is incalculable.

---

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

State of Hawaii, Title 2 Elections section 12-21 OFFICIAL PARTY BALLOTS.
Nonpartisan is intermixed with the list of official Parties. Improper voting shall result in their vote not to be counted as per HRS 12-31.Voter is required to select a "political preference". Individual qualified Party names are intermixed with the nonpartisan contest on the front and the back of ballot. Nonpartisan contest on the front of the ballot appear to be a "Party" and are identified as (N).
Question 1. How can "nonpartisan" be considered a "Party" and not be required to meet same standards as "Party" as defined HRS 11-61 - 11-65.?
Question 2. How can a nonpartisan contest on the back of the ballot be different from the front of the

B.   What date and approximate time did the events giving rise to your claim(s) occur?

6/9/22  Received The 2022 Primary Election facsimile ballots are available for viewing
6/13/22  Elections complaint 22-0000386 Filed Hawaii Supreme Court,
6/15/22  complaint 22-0000386 Dismissed
7/21/22 Official Ballot received by US Mail

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On all approx. 250 different Ballots the Democrat Party is the only party listed on the back of the Ballot along with the nonpartisan contest that we are allowed to vote for, but must select a Party or nonpartisan on the front of Ballot.

Karl Dicks (Republican) and James Ryan Malish (Nonpartisan), and Calvin C. Griffin, (Nonpartisan), and all other Candidates on the front of the Ballot will be severely disadvantaged by the anticipated confusion and spoiled Ballots caused by these violations of the HRS of the Primary Ballot design.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Ballots, as designed, if they are counted as votes or Spoiled Ballots it will be impossible to determine, or audit if the voter understood the confusing instructions and cast their vote in a uninfluenced manner with a free state of mind. The results and impact of these Ballots is incalculable, and are likely to cause irreparable injury.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Relief sought is by this Honorable Court to issue an Immediate Injunction against State of Hawaii Office of Elections to refrain from;

a. counting any of the Primary Ballots 2022

b. releasing any results of the Primary Ballots for the 2022 Primary Election, Hawaii

until a determination is made and entered into the record, and all proper time for Appeals has been exhausted.

B. If Plaintiffs are determined to have a valid Complaint, Plaintiffs ask this Honorable Court to consider one(1) of the two (2) options of Remedy as listed;

a. Order State of Hawaii to hold a new Primary Election, with proper Ballots within 60 days of Court determination

b. Order the State of Hawaii to allow ALL candidates in the 2022 Primary to advance to the General Election 2022 and to be held harmless. Plaintiffs Pray Relief and Remedy before this Court.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/1/22

Signature of Plaintiff

Printed Name of Plaintiff    Karl O. Dicks, James R. Malish, Calvin C. Griffin

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address